UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| versus | NO. 11-3127-SSV-SS |
| OCHSNER CLINIC FOUNDATION, ET AL. | |

### RECUSAL ORDER

Because the undersigned magistrate judge owns stock in GENERAL ELECTRIC, in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another magistrate judge section.

New Orleans, Louisiana, this 3RD day of January, 2012.

SALLY SHUSHAN
United States Magistrate Judge

JAN -5 2012
REALLOTTED TO
MAG. 4